# Kramer Levin 

Kevin B. Leblang
Partner
T 212.715.9306
F 212.715.8306
kleblang@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**November 3, 2020**

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
40 Foley Square, Room 2201
New York, New York 10007

Re:  <u>Oanh Nguyen v. First Eagle Investment Management, LLC et al.,
     1:20-cv-05810 (PAE)</u>

Dear Judge Engelmayer:

We represent defendants First Eagle Investment Management, LLC, Matthew McLennan, Kimball Brooker, and Matthew Lamphier (the "Defendants") in this action.  We have conferred with counsel for Oanh Nguyen ("Plaintiff") and submit this letter, in accordance with Section 1.E of Your Honor's rules, to respectfully request that the following upcoming deadlines be rescheduled as indicated below:

- The initial pretrial conference originally scheduled for November 13, 2020 be rescheduled to November 20, 2020 or December 11, 2020;

- The Civil Case Management Plan and Scheduling Order originally due on November 9, 2020 be rescheduled to November 16, 2020; and

- The joint letter originally due on November 9, 2020 be rescheduled to November 16, 2020 (Dkt. 24).

This is the first request for an adjournment of the initial pretrial conference and extension of time to submit the Civil Case Management Plan and Scheduling Order and joint letter. Counsel for Defendants makes this request due to a scheduling conflict.

Plaintiff consents to the adjournment and extensions requested herein.

We appreciate the Court's consideration of this request.

The Honorable Paul A. Engelmayer
November 3, 2020



Respectfully yours,

/s/ *Kevin B. Leblang*

Kevin B. Leblang

KBL

cc:     All Counsel of Record (via ECF)

> Granted.  The conference presently scheduled for **November 13, 2020,** is hereby adjourned to November 20, 2020, at 4:00 p.m.  The conference remains telephonic and the parties should follow the same instructions set out in the original notice scheduling the conference.  The parties' deadline for submitting their joint letter and proposed Civil Case Management Plan and Scheduling Order is also adjourned to **November 16, 2020.**

                        SO ORDERED.

                        _____
                             PAUL A. ENGELMAYER
                             United States District Judge

        November 4, 2020