UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OANH NGUYEN,

                                        Plaintiff,                    20 Civ. 5810 (PAE)

                    -v-                                                      ORDER

FIRST EAGLE INVESTMENT
MANAGEMENT, LLC, et al.,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

        I today held an initial conference in this case and approved the parties' case management

plan and set a next conference date in the case for April 16, 2021, at 2:00 p.m.  As I notified

counsel, however, I have determined to recuse myself from the case because I am personally

acquainted with one of the individual defendants, who was a fellow parent at my children's high

school.   A successor judge will be randomly assigned to this matter.

        SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated:  November 20, 2020
        New York, New York