DocuSign Envelope ID: EB9168C8-9088-4B94-AE77-34F4FF071C0E

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OANH NGUYEN,

                Plaintiff,

vs.

FIRST EAGLE INVESTMENT MANAGEMENT, LLC, THE BLACKSTONE GROUP INC., MATTHEW MCLENNAN, KIMBALL BROOKER, MATTHEW LAMPHIER, and JOHN DOES 1-10, in their individual and professional capacities.

                Defendants.

ECF

No. 1:20-cv-05810

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: New York, New York
~~March~~ April 1, 2021

WIGDOR LLP

By: _____/SBH_____
Signed with the Consent of Jeanne M. Christensen
Jeanne M. Christensen, Esq.
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
abizien@wigdorlaw.com

*Attorneys for Plaintiff Oanh Nguyen*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Kevin B. Leblang, Esq.
Sarah B. Hanson, Esq.
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715-9100
Fax: (212) 715-8000
kleblang@kramerlevin.com
shanson@kramerlevin.com

*Attorneys for Defendants First Eagle Investment Management, LLC, Matthew McLennan, Kimball Brooker, and Matthew Lamphier*

**SO ORDERED.**

Date: 4/6/2021
New York, New York

_____
Mary Kay Vyskocil
United States District Judge